FILED BY _____YH_____ D.C.

Jan 10, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80006-CR-ROSENBERG/REINHART

42 U.S.C. § 408(a)(5)
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

CARMEN CORREA,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conversion by Representative Payee**
**(42 U.S.C. § 408(a)(5))**

From on or about January 10, 2015, through on or about August 1, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**CARMEN CORREA,**

having made an application to receive payment under Title 42, Chapter 7, Subchapter II of the United States Code for the use and benefit of another and having received such payments, knowingly and willfully converted such payments to a use other than for the use and benefit of such other person, in violation of Title 42, United States Code, Section 408(a)(5).

## COUNT 2
**Theft of Government Funds**
**(18 U.S.C. § 641)**

From on or about January 10, 2015, through on or about August 1, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**CARMEN CORREA,**

did knowingly and willfully embezzle, steal, and purloin and convert to her own use, money of the United States and a department and agency thereof, that is, the United States Social Security Administration, the aggregate amount of which exceeded $1,000, that is, Social Security Benefits, to which the defendant was not entitled, in violation of Title 18, United States Code, Section 641.

### FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CARMEN CORREA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
LEILA BABAEVA
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**Carmen Correa,**

_____Defendant_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ___ Miami
- ___ FTL
- ✓ Key West
- ___ WPB
- ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       ✓
   - II   6 to 10 days      ___
   - III  11 to 20 days     ___
   - IV   21 to 60 days     ___
   - V    61 days and over  ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
Leila Babaeva
Special Assistant United States Attorney
Court ID A5502591

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CARMEN CORREA

**Case No:** _____

Count #: 1

Conversion by Representative Payee

Title 42, United States Code, Section 408(a)(5)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Count #: 2

Theft of Government Funds

Title 18, United States Code, Section 641

**\*Max. Penalty:** Five (5) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**